IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL STANLEY TURNER                                                                  PETITIONER

VS.                                    5:07CV00146-WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 13th day of August, 2007.


/s/Wm. R. Wilson, Jr.
UNITED  STATES DISTRICT JUDGE